Kathleen C. Jeffries (SBN110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile:  (626) 795-4790

Attorneys for Defendant
FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONE BEACON INSURANCE As subrogee of THOMAS DAY,<br><br>　　　　Plaintiff<br><br>　vs.<br><br>FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC.; DOES 1-10, Inclusive,<br><br>　　　　Defendant(s) | Case No.  EDCV10-753 AHM (JEMx)<br><br>ORDER ON STIPULATION RE DISMISSAL |

　　　Based upon the stipulation by and between the parties hereto, plaintiff OneBeacon Insurance as Subrogee of Thomas Day and defendant FedEx Custom Critical Passport Auto Transport, Inc., through their respective counsel of record,

　　　　IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, with each party to bear its own costs and fees.

Dated: June 29, 2010

_____
Judge, United States District Court

**JS-6**

1

(PROPOSED) ORDER ON STIPULATION RE DISMISSAL